IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KACY LYNN YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22cv1326 (PTG/WEF) |
| CAPITAL ONE BANK USA NA, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## RENEWED MOTION TO DISMISS

Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (collectively, "Capital One"), in accordance with this Court's June 13, 2023 Order (ECF No. 79), and as further set forth in its Memorandum in Support of Renewed Motion to Dismiss filed herewith and incorporated herein, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(B)(6) to dismiss Plaintiff's Amended Complaint (ECF No. 16) in its entirety, with prejudice.

Dated:  June 30, 2023

Respectfully submitted,

CAPITAL ONE BANK  USA NA and
CAPITAL ONE NA

By:/s/ Andrew B. Buxbaum
Andrew B. Buxbaum (VSB No. 46713)
andrew.buxbaum@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Ethan G. Ostroff (VSB No. 71610)
ethan.ostroff@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP

159401759v1

        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462
        Telephone: (757) 687-7500
        Facsimile: (757) 687-7510

*Counsel for Defendants*