IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KACY LYNN YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22cv1326 (PTG/WEF) |
| CAPITAL ONE BANK USA N.A., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

On the Motion of Defendants Capital One Bank USA N.A. and Capital One N.A. ("Capital One") seeking Leave for Andrew B. Buxbaum to Withdraw as counsel in this matter ("Motion for Withdrawal"), upon representation of counsel of proper notice being given to all parties and for good cause shown, it is

ORDERED THAT the Motion for Withdrawal (Dkt. 89) is GRANTED and Andrew B. Buxbaum is granted leave to withdraw as counsel for Capital One. The Clerk is directed to remove Andrew B. Buxbaum as counsel of record for Capital One and from the Court's Electronic Notification System for this case.

ENTERED on the 15th day of August, 2023

Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge