IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KACY LYNN YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:22cv1326 (PTG/WEF) |
| ) | |
| CAPITAL ONE BANK USA NA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SECOND AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Thursday, October 19, 2023, at 10:00 a.m., Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (collectively, "Capital One"), will present oral argument in support of their Renewed Motion to Dismiss. *See* Dkts. 80-81, 84, and 102.

Dated: September 8, 2023

Respectfully submitted,

CAPITAL ONE BANK USA NA and
CAPITAL ONE NA

By: /s/ Robert A. Angle
Robert A. Angle (Va. Bar No. 37691)
Jon S. Hubbard (Va. Bar No. 71089)
Brooke K. Conkle (Va. Bar No. 87413)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: robert.angle@troutman.com
Email: jon.hubbard@troutman.com
Email: brooke.conkle@troutman.com

Ethan G. Ostroff (VSB No. 71610)
ethan.ostroff@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510

*Counsel for Defendants*
