# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **10/19/2023**            Judge: **Patricia Tolliver Giles**
Time: 10:38 a.m. – 10:55 a.m.      Reporter: **S. Wallace**
(00:17)

Civil Action Number: **1:22-cv-01326-PTG-WEF**

**Kacy Lynn Young,**

**Plaintiff,**

**V.**

**Capital One Bank USA NA, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiff and Counsel for Defendants.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **James Manchee** | **Brooke Conkle** |
| **Daniel Press** | **Robert Angle** |

MOTION TO/FOR:

[80] MOTION to Dismiss for Failure to State a Claim by Capital One Bank USA NA, Capital One NA.

**MATTER ARGUED AND TAKEN UNDER ADVISEMENT –
WRITTEN OPINION/ORDER TO FOLLOW.**